ANGELA CARLEY, Respondent, v. PAUL M. CARLEY, Appellant.— Appeal by defendant from a judgment granting plaintiff a separation and custody of the infant issue of the marriage, making provision for payment for support and right of visitation and awarding plaintiff an additional counsel fee. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.